O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RONALD ALVARADO,** | ) | **NO. CV 14-08448-FMO (MAN)** |
| **Petitioner,** | ) | **JUDGMENT** |
| **v.** | ) | |
| **PEOPLE OF CALIFORNIA,** | ) | |
| **Respondent.** | ) | |

Pursuant to the Court's Order: Dismissing Petition With Prejudice; And Denying Certificate Of Appealability,

IT IS ORDERED that this action is dismissed with prejudice.

DATED: November 5, 2014

_____
/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE